ROBERTA WITKOWSKI v. SYPEK AND
SANDFORD AGENCY, ET AL.

June 3, 1986.

Petition for certification denied.

THOMAS HEYTINK AND CONSTANCE HEYTINK v. HUDSON
EXTERMINATING COMPANY.

June 3, 1986.

Petition for certification denied.

THOMAS HEYTINK AND CONSTANCE HEYTINK v. HUDSON
EXTERMINATING COMPANY.

June 3, 1986.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. DONALD PRATOLA.

June 3, 1986.

Petition for certification denied.